IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRYZELL BATIE,

Plaintiff,

v.

JAMES MOUNT, VINCE HANES, and CHERYL BROWN,

Defendants.

Case No. 17-cv-720 JPG/MAB

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: April 2, 2019**     MARGARET M. ROBERTIE, Clerk of Court

                                             **s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**